Egan against the Board of Education. No opinion. Motion granted. Order filed. See, also, 135 N. Y. Supp. 1109.

ELECTRIC R. ADVERTISING CO., Respondent, v. NEW YORK STATE RYS., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by the Electric Railroad Advertising Company against the New York State Railways.

PER CURIAM. Judgment modified, by inserting the word "advertising" before the word "signs," so as to read, "advertising matter or advertising signs," and by adding at the end of the same paragraph the following: "But the use of signs indicating the route, destination of its cars, or containing notice to its patrons as to the car or line to reach a particular place, is not enjoined." And, as so modified, the judgment is affirmed, without costs of this appeal to either party.

ELECTRIC STORAGE BATTERY CO., Respondent, v. EMPIRE STATE SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the Electric Storage Battery Company against the Empire State Surety Company. B. Reese, for appellant. W. MacFarlane, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ELLS, Respondent, v. SHAPPEE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by George W. Ells against Frank L. Shappee. No opinion. Judgment and order unanimously affirmed, with costs.

ELMER, Appellant, v. UFFORD et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 9, 1912.) Action by Orrin Elmer against Milton F. Ufford and another. No opinion. Motion granted, unless appellant serves printed case on or before Saturday, May 18th, and brings the case on for argument on Wednesday, May 22d, in which case motion is denied.

EMMET et al. v. RUNYON et al. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by William T. Emmet and another, as substituted trustees, etc., against Ella V. L. Runyon and others. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 310, 123 N. Y. Supp. 1026.

ENTHOVEN, Appellant, v. AMERICAN FIDELITY CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Rose Enthoven against the American Fidelity Company. A. Pfeiffer, for appellant. A. I. Elkus, for respondent.

PER CURIAM. Judgment and orders (128 N. Y. Supp. 805) affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

EPSTEIN v. HIRSHFIELD. (Supreme Court, Appellate Term. May 9, 1912.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Solomon Epstein, an infant, by Charles Epstein, his guardian ad litem, against Mollie Hirschfield. From a judgment dismissing the complaint at the close of plaintiff's case, entered in the Municipal Court of the City of New York, plaintiff appeals. Modified and affirmed. Barnett v. Kopelman, of New York City, for appellant. Lyman A. Spalding, of New York City (Thomas J. Skelly, of New York City, of counsel), for respondent.

PER CURIAM. The complaint, which was verified, contained no allegation that the steam plant and the radiators in the building were under the exclusive control of the landlord, and that he was obligated to keep the same in repair, nor was there any proof given upon the trial to that effect. The dismissal of the complaint was therefore proper, but judgment should have been entered without prejudice to a new action. Judgment modified, by inserting therein the words "without prejudice to a new action," and, as modified, affirmed, without costs in this court to either party.

EPSTEIN v. SUSSMAN et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Samuel Epstein against Hyman Sussman and others. No opinion. Motion denied, without costs. See, also, 134 N. Y. Supp. 20.

EQUITABLE TRUST CO. v. MOSS. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by the Equitable Trust Company against Samuel H. Moss. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 533.

In re ERIE R. CO. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) In the matter of the application of the Erie Railroad Company to determine how its double-track railroad on a changed line shall cross a highway in the town of Hinsdale, Cattaraugus County, New York. No opinion. Order affirmed, with costs.

EWELL, Appellant, v. SOUTHARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by James L. Ewell against James B. Southard and another. No opinion. Judgment affirmed, with costs.

EWEN, Appellant, v. THOMPSON–STARRETT CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Robert Ewen against the Thompson-Starrett Company and others. No opinion. Judgment affirmed, with costs.

EXCELLO ARC LAMP CO. v. ARMSTRONG et al. (Supreme Court, Appellate Division, First Department. May 24, 1912.)

Appeal from Special Term, New York County. Action by the Excello Arc Lamp Company against George W. Armstrong and others. From an order granting a temporary injunction, defendants appeal. Reversed, and motion for temporary injunction denied. Antonio Knauth, for appellants. George C. Lay, for respondent.

PER CURIAM. The right of the plaintiff to the relief sought is not so clearly established by the evidence herein as to justify the issuance of a temporary injunction. The order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

FARJEON v. INDIAN TERRITORY ILLUMINATING OIL CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert Farjeon against the Indian Territory Illuminating Oil Company and others. No opinion. Motion to dismiss appeal granted, with $10 costs unless appellant comply with terms stated in order. Order filed. See, also, 146 App. Div. 23, 130 N. Y. Supp. 532.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order enjoining William J. Dreeland from trafficking in liquors contrary to the provisions of the Liquor Tax Law. No opinion. Motion for stay granted, on condition that the appellant perfect his appeal, place the cause on the present calendar of this court, and be ready for argument when reached; otherwise motion denied, with $10 costs. See, also, 135 N. Y. Supp. 869.

FARNHAM, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by Stephen H. Farnham, as administrator, etc., of Stephen H. Farnham, deceased, against Thomas E. Clark and Theodore F. Miller, as executors, etc., of Mary F. Farnham, deceased. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendants to answer upon payment of costs within 20 days. Reargument denied, infra.

FARNHAM, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Stephen H. Farnham, as administrator, etc., against Thomas E. Clark and another, as executors, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see supra.

FARONE, Respondent, v. MENDELSOHN, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Nicholas J. Farone against Julius Mendelsohn. No opinion. Order affirmed, with $10 costs and disbursements.

FARRAR v. KINGSLEY et al. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Melville Farrar against Avery W. Kingsley and others.

PER CURIAM. It appearing that there are not four Justices qualified to sit in the case, the appeal is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 126 N. Y. Supp. 584.

McLENNAN, P. J., and SPRING, J., not sitting.

FEARON et al., Appellants, v. PUTNAM-HOOKER CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by James S. Fearon and others against the Putnam-Hooker Company. H. C. Smyth, for appellants. E. G. Stevens, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re FENNELLY. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) In the matter of Philip V. Fennelly, an attorney and counselor at law. No opinion. Report of referee confirmed, and the said Philip V. Fennelly disbarred, and his name stricken from the roll of attorneys and counselors at law. See, also, 134 N. Y. Supp. 1132.

FERGUSON et al., Respondents, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Kenneth J. Ferguson and another against Jacob V. Oliver. No opinion. Judgment modified, by reducing the amount thereof by the sum of $27.21, being amount of interest added by the court, and, as so modified, affirmed, without costs of appeal.

FIRST NAT. BANK OF CITY OF BROOKLYN, Respondent, v. JENKINS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by the First National Bank of the City of Brooklyn against John G. Jenkins, Jr., and others, as executors, etc., and another. No opinion. Judgment affirmed, with costs. See, also, 73 Misc. Rep. 277, 130 N. Y. Supp. 947.

FIRST NAT. BANK OF FULTON, Respondent, v. CULLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by the First National Bank of Fulton, N. Y., against Richard J. Cullen. No opinion. Judgment affirmed, with costs.

FITZPATRICK, Respondent, v. BOCKIUS et al., Appellants. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Mary A. Fitzpatrick against Morris R. Bockius and others, as executors. H. K. Stockton, for appellants. H. H. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.